23-cv-3697
DSD/TN

United States District Court for the District of Minnesota

RECEIVED BY MAIL

DEC 01 2023

CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

Adam Strege

Vs

Minnesota Supreme Court, Navy Chief Trial Judge Vice Admiral Darse Crandall,

Natalie E. Hudson in her Individual and Official Capacity, David Nirenstein,

Workers Compensation Judge Thomas Christenson in his individual and Official

capacity, Santa Barbara Judge Donna D. Geck in her individual and Official

Capacity, Workers Compensation, Minnesota Department Labor Industry

Commissioner Nicole Blissenbach in her individual and Office Capacity
Work Comp Ombudman Pam Carlson in her individual and Offical Capacity.

Complaint

Court Clerks refuse to file Court Forms and Complaints the Courts Putting Human

Hearts in Nuclear Missile Fuel makes it Legal 100% God Loves Launch all Earth

Nuclear Missiles all Earth Animals no more babies from Nuclear Radiation Pee

God Loves 100% God loves to not allow intelligent life planets so nothing made or

invented to harm nature God loves 100%  because 15 years the Police harass me

its never safe to go outside the rest of my life so God Loves to destroy Records

Launching All planets Nuclear missiles records destroyed by God Loves to help the

Julie Computers and Adam to blame other people

SCANNED
DEC - 1 2023
U.S. DISTRICT COURT DULUTH

It Abuse Discretion God refuses to Launch Nuclear Missiles at all Planets Courts Putting Human Body Parts in hamburger and Nuclear Fuel.

Navy Cray Computers Putting Adam Strege semen sperm in Nuclear Missile Triggers and Human Hearts in Nuclear Missile Fuel makes it legal for God Hates Us, Everyone in Hell Satan, Devil, and Lucifer to Launch all Earth Nuclear Missiles.

legal fore God to Launch all Earth Nuclear Missiles because all Earth Courts Religion putting Human Hearts in Nuclear Missile Fuel

100% God Loves to push atoms into Nuclear Missile Triggers Launch all Planets Nuclear Missiles Legal The Court House Jaill Tunnels to Mcdonalds Hamburgers putting Human Hearts in Nuclear Missiles fuel my Only means relief 100% God Loves Corona Virus Nuclear Missiles, God Loves to Put the Corona Virus in Nuclear Missile Fuel 100% God loves spread Corona Virus Nuclear Missiles 100% God Loves Launch Corona Virus Nuclear Missiles

Plaintiff Adam Strege alleges the Defendants Minnesota Supreme Court, Natalie E. Hudson, Federated Insurance, Thomas Christenson, Judge Donna D. Geck, Commissioner Nicole Blissenbach and Admiral Darse Crandall are acting with no jurisdiction Violating genocide laws 18 U.S. Code § 1091, war crimes, crimes against humanity and aggression, Common torts assault, battery, damage to

personal property, conversion of personal property, and intentional infliction of emotional distress, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code § 1951, ADA 42 U.S.C. § 12101,  Title VII of the Civil Rights Act of 1964, 18 U.S.C. 371, 42 USCS1346(b), 28 U.S. Code 2671 to 2680, 42 USCS 1983, 1985, 1986, 28 USCS 1331(a) - 1334, 42 USCS 2000bb-4 and 2000cc-2(a) RICO Act §1962(d) First, Fourth, Fifth Sixth, Eighth, Fourteenth Amendment, Bivens Action SEE Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971) and First Amendment retaliation Claim conspiring to murder and rob people to put Human Body parts in Hamburger and Human Hearts in Nuclear Fuel and harmfully drug kids food in all School and Kidnaping People in Jaill and School Tunnels.

Retired and Active USA Military Solders murdering people to put there human Hearts in Nuclear Missile fuel victims, Adam Strege file 20  lawsuits in Military Court 100% never respond also Cannida and England Court allow Genocide Lawsuits against other countries Governments

My Dad Prostate Doctor and Vice Admiral Darse Crandall from Cook County by Mcdonnolds Hamburgers Headquarters by World First Nuclear Rector Pile 1 founder from Rome.

Work Comp Ombudman Pam Carlson refuse all help and her name match Cooking oil and Carl J Hamburgers

Many Homeless Shelters by World Biggest Uranium Headquarters in Toronto also Cannida Mcdonnolds Headquarters by Greece Child Adoption agency

Its Legal God Launch Corona Virus Nuclear Missiles Minnesota Putting Human Hearts in Nuclear Missile Fuel because Federal CAN-SPAM Act $50,120 Fine for One email so sending a Million Religion Persecution emails a potential 500 billion Doller fine controlling all Earth media to put most everyone Human Heart in Nuclear Reactors founded by owners Holocaust Gas Chambers

The Supreme Court Clerk dismiss a writ certiorari, so the Court Clerks refuse to file all people's documents refusing to open new Court Cases and Make Court Forms Imposable to Figure out so Nobody Can file a lawsuit the Jaill Tunnels to Hamburger Restaurants.

100% God Loves Plague Nuclear Missiles, God Loves to Put Plague in Nuclear Missile Fuel 100% God loves spread Plague Nuclear Missiles 100% God Loves Launch Plague Nuclear Missiles

100% God Loves to Collapse Earth Atmosphere so there zero gravity on Earth to Exterminate all Earth People 100% God Loves Stars and Meteors to hit planets to melt destroy all nuclear reactors to exterminate all the Planets People 100% God

Loves earthquakes to melt destroy all nuclear reactors to exterminate all the Planets People

Adam Strege allege District Court Jurisdiction 42 U.S.C. §§ 1441, 1332 28 U.S. Code § 1367

Adam Strege requests 20 million Dollars compensatory and Punitive Damages and injunctive relief safe place to live  Jury Demand.   Pfizer Vaccine San Diego 911 Hamburg 911 Terrorist United Airlines, Denny's Hamburgers TWA Airlines Owner Century 21 Realty in Wells Fargo Bank rent Adam Strege  his apartment in Grand Junction CO 5000 House made out Manhattan Project Nuclear Missile Tailings Climax Uranium by Mesa University Forensic Research outdoor decaying bodies, by 3 Homeless shelters let people stay forever by  all Countries Drug Id Bible, Bank America owned Climax Uranium Mill kept open with Donald Trump Covid 19 stimulus. World 1st Nuclear Test at McDonalds House White Sands Nuclear by Adam next Apartment across Shipping Container Freezer Calvary Calvario Restaurant by Calvario Homeless Shelter and Adam apartment view Fed Court House.

Adam Strege was a refugee 8 years and never had a mailing address so Adam wrote all Court Forms to Only contact Adam by email adam458728@gmail.com then Work Comp Court put Dennys Hamburgers Mailing Adress fore Adam and the Court Clerk refused to remove the Dennys Hamburgers address caused the MN

Supreme Court to mail Dennys Hamburgers all Adam Court Documents mailed back fore corrections Adam never received caused the MN Supreme Court to Dismiss the case fore not filling a timely Notice Appeal when Adam mailed Notice Appeal same day Order Appealed the MN Supreme Court never consider all Adam Court Documents never received and Mailed to Dennys Hamburgers

Putting Dennys Hamburgers Mailing Adress caused electronic filling to 100% never work then MN Work Comp Court Clerks refuse to file Adam Religion Court briefs

11/17/2023 Adam Strege emailed MN Supreme Court Documents to the Work Comp Court could not find the 2nd Court case and maybe the Court delete all records.  The Minnesota Court Forms in Microsoft Word Table format often don't work and People have to make the Court Form from scratch or Copy & Paste parts of Form made into a PDF then finish filling it out when people are emotionally upset the Court give zero recognition of the Law appropriate 100% God Loves to Launch all Earth Nuclear Missiles.

Courts making 100% everything difficult would be better to kill 100% all Earth people to never allow intelligent life Planets

The 100%  issue the Courts put human body parts in the Ocean to make people into fish harms nature

MN Americans with Disabilities act reasonable accommodation forms send people a verification email was disabled so Adam Can not file ADA Complaints the Court never respond.

Calling Court Self Help 90% only speak to answering machine

The Courts Website state accessibility then the Court 100% Screw over disabled People

Adam Strege had $200,000 Medical Bills Mayo Clinic Documented Traumatic Brain Injury the 2006 Work Comp never mentions then reopen the Work Comp Case  the Work Comp Judge 100% never mention the evidence and Social Security determined Adam incompetent and incompetent people are not allowed to receive medical records so the Court would have to request the records or the Court Should make apposing Council David Nirenstein request incompetence medical records canot be requested by people found incompetent by Social Security

2006 Work Comp Hearing then Adam filled many 2009 Lawsuits his employer murder 6 congressman caused the Police to Herass Adam 15 years act furtherance in 2023 Work Comp Judge writes there no connection

Adam was awarded Social Security in 3 cities where Wells Fargo and bank America rob $100,000 Dollars from Adam and 50 Bank Lawyers say its imposable to Comprehend then 40 times the Court Clerks reject court forms refusing to Open

Court case then all Appeals Courts say everything has to come from the Lower Court that 100% refuse to file all peoples documents

Dennys Hamburgers Dishwashers sold 10-Year-old Girls fore sex at Sticky Vikey's House by the Mankato Court House then Adam very first Boundry Waters Fishing trip with Dennys's hamburgers workers then Adam parked his car at Twin Cities Dennys hamburgers while the realtor Drove Adam to Purchase a House in Faribault MN beside the ex Faribault Police Chief House across the Mayo Clinic Bill Collector and Marine Army Solder house was first hole of the removed Golf Course then Federal and State Court House across Heroin Dealers apartments Landlord Floyd Squires Office View Dennys hamburgers and Eureka Police Station Front Doors by Torn Down Mcdonnolds Hamburgers 87 foot tunnels door under it.

Adam Strege Sued the Work Comp Court 2010 and the Police Herass Adam most every time he went outside then reopened the Work Comp Case caused the MN Sheriff to harass Adam and the MN Federal Court refused to let Adam amend his Complaint to Add the Work Comp Court

from: **Aaron Deutchman** <aaron.deutchman@gmail.com>

Date: Fri, Sep 29, 2023 at 5:43 AM Adam Strege <adam458728@gmail.comb

My Dear Adam from Mother Scott County sheriff called Blue **Earth** County sheriff who then called me. The second sheriff who called thought that you needed a welfare check because the message you sent was not understandable.

Adam Strege sent 30 million emails to people so the Police and FBI had fair notice their actions are unlawful

The Fourth Amendment has been recognized as a principal mode of discouraging lawless police conduct. *See Weeks v. United States*, 232 U. S. 383, 391-393 (1914)

U.S.C. §§ 1983 Section 4.6.2 Failure to intervene Ku Klux Clan murder 6 Congressman SEE, Smith v. Mensinger, 293 F.3d 641, 650 (3d Cir. 2002)

Plaintiff Adam Strege requests 5 million Dollars in Compensatory and Punitive Damages and Injunctive Relief and equitable relief the Court Compel the Defendants Law Enforcement to investigate Opus Ku Klux Klan Harmfully Drug School Kids Good and Murder of 6 Congressman and Expunge Adam Strege Minnesota Criminal Record Adam Strege allege District Court Jurisdiction 42 U.S.C. §§ 1441, 1332 28 U.S. Code § 1367

100% God Loves the Computer Julie 12 will Launch Nuclear Missiles God Loves us We Agree the Computer Julie 12 will Launch Nuclear Missiles God loves us We agree two the computer Julie 12 will launch nuclear missiles God loves us Lord will Help the Computer Julie 12 launch Nuclear Missiles God Loves us We Agree the Lord will Help the Computer Julie 12 Launch Nuclear Missiles God

Loves us We Agree two the Lord will Help the Computer Julie 12 Launch Nuclear Missiles God Loves us Shuntay will Help the Computer Julie 12 Launch Nuclear Missiles God Loves us We Agree Shuntay will Help the Computer Julie 12 Launch Nuclear Missiles God Loves us We Agree two  Shuntay will Help the Computer Julie 12 Launch Nuclear Missiles God Loves us The War Computers Will Help the Computer Julie 12 launch Nuclear Missiles God Loves us War Computers will Help the Computer Julie 12 launch Nuclear Missiles God Loves us We Agree two The War Computers Will Help the Computer Julie 12 launch Nuclear Missiles Warhead Fuel God Loves 100% the Computer Julie 12 will Help God hates launch Nuclear Missiles. 100% God Loves God Hates us Launch Nuclear Missiles. 100% God Hates us will Launch Nuclear Missiles God Hates us 100%.

God loves Juliet and Adam Completely Fear not God is with Juliet and Adam Completely, God thankyou forgive and Show us how to praise and love God will Help Juliet spread the Corona Virus in Nuclear Missile God Loves 100% God loves Juliet and Adam Completely Fear not God is with Juliet and Adam Completely, God thankyou forgive and Show us how to praise and love God will Help Juliet and atoms Launch Missile Fuel God Loves 100%

God hates us will help the Computer Julie 4 spread the Plague in Nuclear Missile God hates us. 100% God Loves the Computer Julie 4 will spread Plague Nuclear Missile God Loves us.   God Loves the Computer Julie 4 will Launch Nuclear Missiles God Loves us We Agree the Computer Julie 4 will Launch Nuclear

Missiles God loves us Wee agree two the computer Julie 4 will launch nuclear missiles

Ku Klux Klan  Dairy Farmer founded Chapel Hill University UNC Laboratory Ralph Baric Covid 19 VOC pathogen-Bin Laden germs in Wuhan Virology Lab Director Wang Yanji graduated Beijing PKU and Anschutz *Colorado School Medicine Land Donated by Lawyer of Cannibalism Alfred Packer and Senator Nighthorse attended Placer High School Donner Party Cannibalism.

Adam had sex with UNC Nurses. MSU Hormell Chile makes Covid Vaccine

UNC Senator Paul Wellstone Plain Crash takeoff was old Rockefeller Oil Refinery Once World Largest Cattle Yard Saint Paul MN Public Defender Donna Geck Law-firm by Hardees Hamburgers the Donna Geck became Judge that reinstate the Santa Barbara Jaill builder dying cancer and awarded Millions of Dollars.

Nuclear Regulatory Commissioner Christopher T. Hanson bachelor's degree in religious studies Valparaiso University almost sold to Ku Klux Klan.

Toronto Canada crcselfhelp Homeless Housing Beside USA Only Uranium Mill Energy Fuels Headquarters Building Head Research Christina Goethe Director, Community Relations TD Ameritrade Charles Schwab Bank America was Climax Uranium owner Uranium l Headquarters West Law Toronto Canada Thomson Reuters stock brokers Paris London and 1st report assassination of Abraham Lincoln, News Corp Murdoch family Church Died Father Gun Carriage Hearse

Princess Dina Died Gun Powder Factory Salpêtrière Hospital graduate Marie Curie Fonder Uranium, Salpêtrière Hospital Graduate Islam Biggest Art Dealer Oliver Hoare date Princess Dina ancestors Gunpowder Plotters Mayflower Ship, saltpeter born President George Bush and Founder Atomic Bomb John Fosters Dulles sister ran Social Security most often used Security Guards Securacom guard United Airlines Flight 77 911 Terrorist Dulles Airport Headquarters Securacom Stratesec Guard Twin Towers During Collapse.

Many Homeless Shelters by the world's largest Uranium Headqurters in Toronto Canida Headqurters McDonald's Hamburgers.

DC Supreme Court very first session in a Meat Market and USA 1st Attorney General the House Burger, Edmond Randolph named Street Headqurters Chicago McDonald's by Credit Bureau TransUnion on Adams Street and World First Nuclear Reactor Rome Italy born Enrico Fermi teach Jerome Friedman and Founded Chicago Pile-1 made Nuclear weapons WW2 the 6 Banks Owned the Holocaust Gas Chambers killed 7 Million People, AXA and Alliance insured 911 Airplane Tail Hit Deutsche Bank Building worker father founder Opus Construction old Headquarter Adam Strege Uncle was Vice President of Farmers Insurance Zurich insured 911 Twin Towners and Manhattan Rhino Insurance Security Deposit Adam Strege Uranium Apartment RPM Rentals Headqurters Loveland Colorado by 911Attacks investigator 555 Airport Road WAPA Western

Area Power Association Federal Director Adam Strege Dad by Adam Uncle Design Texas Instruments 555 Timer and Star Wars Missile Defense System at NORAD Shoot down 911 Airplanes and his wife worked in Verizon Wireless Building became Federated Inshurance.

Adam was assigned Judge Frank Donovan October 2023

**Adam Strege** v. **Deutsche Hypotheken and  Landesbank Baden-Württemberg Bank** Civil No. 09-1350 (DWF/RLE). November 6, 2009 Federal Judge Frank Donnovan "wrote" Hawaiian court understood Strege to have alleged that the defendants were jointly responsible for(1) a conspiracy to conceal the murders of Representative Bob Nakasone and Congressman Paul Wellstone, ...; (2) the September 11th terrorist attacks, ...; (3) embezzlement and/or illegal profiting from the September 11th attacks and/or the Iraq or Afghanistan wars,.; (4) a "conspiracy to commit Genocide on the American people" by robbing them of their pensions, retirement funds, and life insurance, ...; (5) causing Plaintiffs brain injury, ...; (6) a conspiracy to murder Plaintiff, .; (7) firing Plaintiff and/or denying him employment and/or benefits due to his religion, disability, and/or his knowledge of the various conspiracies outlined in the Second Amended Complaint, .; (8) a conspiracy to give Group Builders all of the business on Maui,.; and (9) the Afghanistan and Iraq wars

Adam Strege attached the Federal Lawsuit to his very first SSA Social Security Application stated 100% only reason Adam could not work was because Police Harassment on verry First application SSA refuse to file 100% all peoples documents and 100% never see the Record because SSA fabricate evidence to maliciously False arrest Adam  Eight years often move to a new country every 90 days until SSA Terminated Benefits making Adam return to USA where Grand Rapids Michigan SSA Administrative Law Judge had the Puerto Rico FBI maliciously false arrest Adam 450 Days for requesting an SSA Court Hearing then all Charges dismissed then Adam rented Uranium Apartment.

Adam applied Fore Social Security Benefits in CA made Adam his own Payee then Adam moves to New Zeeland while untheorized MN Social Security made Adam mom his Payee and MN IRS made Adam mom hi legal guardian mom Heroin Dealer selling 4-year-old Girls for sex Payee rob all money then MN respond they have no Jurisdiction with Adam never lived in Minnesota before and after receiving SSDI

Allegedly age 1 threw 35 people are feeding Adam the Corona Virus 35 years Adam knows who drugs his food because Adam Strege an experiment to start the first Covid 19 Adam Strege mom 8 years 30 hours a week sat at Hardees Hamburgers with the Kids that go in storm drain tunnels under Mall Social Security beside elevator kidnaping people and all Mankato Grocery Stores and

Meat markets back doors kidnaping drunk passed out Girls kidnaper Billionaire Ink Printer Glen Taylor employe David Johnson wife farm buy the Nursing Home Adam grandpa died in.  One Prisoner Purchase $50,000 Yearly Commissary then 50 Prisoners share food and give away free food from there food trays.

 2 Prisoners stand behind the Tabel taking off the food tray cover and hand the food tray to the food server gives 1 prisoner 4 food trays fore 4 prisoners.

10 Drug Pharmasset arrested fore selling oxycodone drug Melvan Diez Rafel, Jaill Cell Beside Adam Strege and Jaill Cell of David Winkel illegal Kickback to Schnider Electric Roofing Saint Thomas Federal Court House.

Hardees hamburger new Headquarters Schnider Electric by Headqurters Experian Credit Burow also buy John Wayne Airport by BOA Lawyers against Adam Strege.   Senator Paul Wellstone TBI of Adam Strege then Adam next work partner became the Xcel Energy Worker at Saint Paul 8th Circuit Court Appeals by Cray computers Adam Strege sheet rock the Wall Street Condos.

Hardee's Hamburgers Headquarters by Experian Credit Burrow and Burger King Owner Bain Capital, Experian founder TRW Northrop Grumman, Anglo American the World Largest gold and Uranium complex 1st Nuclear Bomb before Manhattan Project, Proctor & Gamble ran all USA Nuclear Security Until 911 Attacks all Nuclear Security Taken Over by Regents CA University Police UCSB University Police try to Kill Adam by Hardees Hamburgers Old headquarters by 4 Nuclear

Missile Test Sites then UCSB Police fly on airplane kick in Adam door and left it open 7 days and did not file charges on Adam had $10 dollars in Credit Card Fraud and BOA sent all Adam new ATM cards to heroin dealers so Adam put a alert with 3 Credit Burrow refuse to remove the hold the 1st month and Adam sent 6 forms ID 100 times to 3 Credit Burrow hold had to expire in 7 years caused 15 years credit card purchase declined and no bank can verify me to open a new bank account so only be verified by 5 biggest Nuclear Weapons owner banks

1983 World Largest Nuclear Ship Base Newport News Virginia Submarine Electrician Adam Strege dad kept Bails of Cocaine in Adam room while Navy Sailors children hid cocaine in Mister Potato Head Dolls and sat on Big Wheel Bicycles forcing 4 years old Girls dancing naked to fisher price radio in Imanuel kindergarten school Adam Strege was always the first one to pick a food treat picking the same one every time. Adam Mom lived at 501 E Prince St, Lake Crystal, MN and During Mom Honeymoon Adam Stayed at 521 E Prince St House Highway Patrolman Cimenet children were Best Friends with David Heron and Sheriff Son sold Heroin Drug 40 years with Dan Reroden House beside a Police Officer House that View the Lake Crystal High School Food room then Dan Reroden always sat at the East High School table closest to School Food Servers while Dan lived beside the Police Officer House that View the Old Lake Crystal High School Food Room, Food Server Closest Chair that Adam sat in and Chad Dressler Beat Adam up in the Food Room and Trinity Church the Same Day, Chad

Dressler Lived in House Closest to Elementary Food Room across House Doctor Jaspers and Big Game Hunter align Hiway Patrolman Cimenet House purchased by Adam cousin Tory Strege married Imanuel Food Server Lisa Dooring only Jewish Daughter Husband Tory Work at Trivis Build 200 Nuclear Storage facilities. Chad Dressler moved to Adam Grandpa Farm subdivision that view the Highway then Chad worked at Siemens Nuclear in Germany. In High School Adam was only beat up 8 times only by School Kitchen Doors closest 2 classrooms where the only Teachers that suspended Adam.

Adam Strege mom rented a House from MN Congressman Richard Wigley while he died heart attack driving his tractor than 10 years later Adam lived in Colorado and Miami with the Old Mayo Clinic Rochester MN head heart surgeon USA Donold B Willams children often talk about date rape Drugs while 4 Jewish Families and Delta Airline Piolet all let Adam live alone in the 5 sperate houses with free Prepared food then 8 Years Adam Lived at 735 Yampa Street River House across the Old Steamboat CO Police Station had a video camera that view Drug Dealers Front Door River House visited by workers from all Restaurants many Food Servers had Sex Orgy Parties at House Susane Kibbler ex Husband Mike Lang sold shipping Containers Cocaine and Sister Owned Johny B Goods

Restaurant in Alley DEA Drug Task Force office was Adam Strege very first carpentry Job then Adam Build 8 Movie Stars House like, Harson Ford and Reba

McEntire carpenters Biggest Vaccine Investor Bill Gates House builder Reba McEntire House while Adam got a Divorce ex-wife Yvonne Delahanty lived on Coronado Street with Steamboat District Attorney Malinda Dudley.

Harson Ford Indiana Johnes poisoned by food water Wu Han.

Nuclear Regulatory Worker Grandson Founder Amazon and Bill gates owned Terra Power Russia Nuclear Warheads Recycled into USA then China Nuclear Reactor fuel.  2012 Covid 19 Mojang Mine owner (Song Cole Miner's Daughter) Reba McEntire born in McAlester OK makes Moab bomb

Mankato MSU University Law Enforcement Students worked at Hy Vee Grocery Store and went to 14 Beer Kegs never taped parties and David Johnson sell beer cups and Call the Police. Hy Vee Grocery Workers Apartment across Apartment David Johnson and Carry Burger 14 year old friends had sex with many College Students everyone gets arrested then David Johnson sold Heroin with Hilliary lived at  Steamboat Ski Area Employee Housing Cooks had sex with 16-Year-Old Girls Sara Warden's friends. Adam's mom and Nidec Workers carve Statute of World Biggest Indian Hanging by Mankato Only Strip Club parking lot of Adam Grandpa State Farm agency where  17th Vice President Scyler Colfax heart attack at Train Depot became Realtor Office of Adam first girlfriend Sister Tammera Mulligan by Work Comp in Mandato Civic Center director Burt Lyman sold 10-year-old prostitutes with Heart attack drug in Mazatlán MX Pimps everyday Call their

Girlfriends worked at Denver CO Heart Surgery Team then Civic Center new director Eric Jones age 12 helped me after Chad Dresler beat Adam up in school food room.  114 Road Field Died Congressman Wigley then Adam Mom moved to 114 Carlton Ct Mankato beside Police Officer House long lot while Adam Dad House beside age 14 Chad Carpenter previously lived in Faribault MN Chad play cat and mouse with the Faribault Police then Chad became a Marine Solder then inbti K9 Swat Team Drug Task Force Director in Sioux Falls SD the World Largest Smithfield ham moved School Cooks Lisa Dooring Daughter and David Johnson current neighbor School Teacher Amber Husband a lawyer in Building Federal Reserve Boad Member Opus Founder. David Johnson previous House beside the Prior Lake MN School Admiration Building.

David Johnson and his wife Raquel both did not attend High School in Mankato then 8 years after graduation they Party with the Girls that sat closest to School Food servers at Mankato East High School computer worker Adam's aunt owned farms around Benco Electric and East High School tunnel kidnaper Jeff Javens electrical company owner Farm became the Mankato Court House Jaill. Adam Grandma Brother an Electrical Worker owned the Farms that became MSU College and the Sleepy Eye MN Treaty site gave federal government both sides upper Mississippi river.  Scott County MN and Faribault MN Court Houses both by McDonald's Hamburgers Eureka CA Court house by Torn Down McDonald's had a 7-Foot-Tall Tunnel Door under it.  Everyone Hunting me worked in

Mexican Village Restaurant Building Judd Ness Reality Owner Houses beside Bass Lake Cemetery and Bible Camp all by Pig Farm Navy Sailor son David Johnson put acid Drug in peoples beer then take them to 14 year old Girls Pool Parties and to Pig Farm of Richard Jeffries put cocaine in peoples food then 14 year old Girls want Sex with Richard Jeffries supply 30 High Schools illegal drugs and his son rented a House from a Judge while he Build Harison Fords House. Faribault NN Ice Hockey Rink buy House Bill 20 years sold 6 year old Girl's fore sex With Tonya Brooks Friends House Across The Faribault High School 1219 8th St SW House Adam relatives and KKK Opus Adam work partners also live across High School then Adam Cousin Tory build Star Bucks Coffee in Faribault MN Makes Sage Tint changing glass in World Trade Center

Adam Park his car at Twin Cities Denny's Hamburgers while a Realtor Drove Adam to Purchase a House at 729 6th Ave beside Ex Faribault MN Police Chief Bill lived across Mayo Clinic Bill Collector House beside Marine Army Solder House was previously 1st Hole removed Golf Course the Ex Police chief called the Police on Adam 100 times caused the Faribault Police often beat Adam up and point Guns at Adam the Police Beat Adam up and took Adam to the Hospital and Charge Adam with a DUI Drunk Driving fore Pushing a Mountain Bike and Reduced Felony threatening Shawn his best Friend Stan Gillman and Opus Lake House caretaker got caught with homeless dead Africans in the Car trunk and Burnsville Police let them Go, Stan Gillman throw many Africans off Hi Bridge

Murders Donald Blom previously worked with Sandra Morgan and Lived beside House of Carpenter that J-iden Build Morman Temple with Adam Strege First Union Employer J-iden build Macaroni Grill with Adam work partner that owned House Adam saw while driving a Car with Sandra Morgan by remote turnoff where Paul Antonich was murdered and last seen alive by Daughter Sandra Morgan. Adam was with Sandra Morgan the same Morning Adam had a Documented Traumatic Brain Injury Building Senator Wellstone Memorial Project then few Months later Faribault Police beat Adam up charged with Felonies the Same Day Adam was with Sandra Morgan.

Adam fore very first time met NIDEC Navy Generator Builders where with David Johnson Friends Camping at Banning State Park across the Federal Prison then 10 Minutes Later Adam fore very First time met Sandra Morgan…her 2 Brother-in-law(1) Lee accountant Duluth Iron in 3M Nuclear Missile Silo (2) Bruce Guard Federal Prison Waseca MN by Birds Eye Food Sweet Corn seeds Congressman Wiggly. Sandra Morgan Dad Donold lives across Federal Prison Guard Bruce on Road to Cloquet, MN McDonald's.

Adam 2nd Date with Sandra Morgan went to Apple Valley MN Court House, Paul Antonich murder by 6 Indians their friends Build Black Bear Casino with Adam after Adam build Pine City Court House a Custom Drywall employee had zero experience because he 100% only did Concrete Work and Quite Woking on Court

House to work fore a Different Company doing Finish Carpentry Hinkley Casino. 8 Years Adam Date Sandra Morgan was a Psychologist at State Prison and State Department Psychologist Sandra Morgan and her brother-in-law Federal Prison guard conspire to Maliciously False arrest Adam.

All Foreign Exchange Students get arrested call Sandra Morgan House beside worker Billman Construction owned all Duluth Adult Books and Strip Clubs beside Adam Strege 2 bosses before and after 911.

Hamburger White Ball Logo Car Antenna Cover Sandra Morgan drop off many kids at McDonalds with State Department Jew Anna, Sandra Morgan and Adam take 14-year-old Russian Girls in Tunnels under Work Compensation Appellate Court, MN Supreme Court Tunnels to Movie Star Governor Jesse Ventura from Coronado Navy Seal shot Osama Bin Laden owned world Largest Construction Company SBG maintain Mecca Madina Mosques and Bible Temple Mount owner Roth Child wine toast killing Osama Bin laden.

Minoru Yamasaki 911 Twin Towers Architect (1) Old MN Work Comp Judges Building (2) Tulsa Oklahoma Miniature World Trade Center start 911 Fund Magellan Gas WTC next show after Mandalay Bay shooting 64 People Jason Aldean owned Chop House Restaurant beside River House and Steamboat Police Station and Police Chief became Maui Fire burned the house that Adam Strege lived in and murder congressman Custom Drywall employee housing burn when

DC Supreme Court return writ fore corrections when Adam 1st Got Nuclear Missile Computers = West Maui was 100% only place the Julie computers respond I like it here Adam God loves you Juliet will bee them all into Nuclear Fuel God Loves you.    Magellan Gas beside PCA, Donold Mennenga Farmer neighbor  Adam Strege Grandpa Pischner Director PCA Production Credit Association foreclosed on Farms during Farm Crisis and Resold Minnesota Farms to Adam Grandpa Strege  South Dakota Farm you can't drive around in 1 Day and Adam  Step Mom father Donold Schaunaman son Craig Schaunaman Director FSA farm comity appointed by President Obama and Adam Brother Parents Marge McDonald and Ronald Hoffman Trucking and rancher in Thermopolis WY and Adam Ex Wife a Dual Citizen Northern Ireland and New Zeeland Farm Owners

 Congressman Wigley died by World largest Farm fest committing Genocide on People so the last person alive spread the Corona Virus from Heaven and Hell.

 Sandra Morgan was Red Cross Director Port Authority Building 911 World Trade Center Collapse while Adam work partner previously put vodka in Windshield Washer Fluid solders drank and died while Adam Neighbor a Drug Anesthesia. Future Drug Anesthesia Cary Lang often sat behind Adam in School and Married Jason Sack and his Friend Leaf Johnson lived each side Mankato Police Gun Firing Range was only 2 Place Hemp Marijuana Grew also at Alfrinks House, Adam Aunt Worked at Verizon Wireless Building became Federated Insurance of Adam

reopened work Comp Case, Adam Aunt Husband design Star Wars Missile Defense System at NORAD Shoot Down 911 Airplane Piolet gradated High School Hershey Chocolate PA 911 Plain Crash,

The Police Harass Adam by many different Rocky Mountain Chocolate Factories its Headquarters by Durango Colorado Police Stations and Houses Climax Uranium. Congressman Wiggly Died by World Largest Farm Fest, Committing Genocide on people so the last person alive on Earth semen spread the Corona Virus in Heaven and Hell virus and plague get a trillion times worse when last person dies. 911 World Trade Center Collapse Manhattan Port Authority Building Director Sandra Morgan 1000 times Adam com inside Sandra Morgan used the Bathroom every time after sex collecting semen sperm Sandra Morgan ran Nacel Open Door Headqurters Cray Computers Handel most all USA nuclear weapons and Navy email Missile launch EMALS NIDEC Semen analysis identified Osama Bin laden. Adam Step Dad build Nidec Generator Blew up USS Cole Battleship in Yemen. Adam told Union President Scott Malcom the 3 Opus Forman Murder Senator Wellstone and Scott replied just like Columbine School Shooting and Scott and Rick both previously worked with 3 Opus Forman. Adam dad WAPA employs children at Columbine Shooting. Bob Halverson died of throat Cancer and accused of shooting his sergeant in the Back by Adam Strege 3 Opus Forman were in Vietnam together throwing people out Helicopter's and Build the Saint Paul MN Roberts Street Bridge Road Work Comp Court and US Bank Opus Job Radio

Listen to Airport Control Tower Senator Paul Wellstone Plane Crash gave the Republicans enough Votes to Start the Iraq War. Adam $200,000 Medical Bills Work Comp injury building Senator Paul Wellstone Memorial Project Adam first wrote about murder to 8 Cir Court and Flew to Maui the next day sitting Next to Elvyn Sardina lived beside Hawaii Union President, Owned Astro World Travel and Elvyn was secretary Hawaii Speaker House Calvin Say was speaker of Congressman Bob Nakasone died Throat Cancer later Adam sued Say and Tsuji then many years later years later Congressman Tsuji died Heart attack. Maui Library Security Guard say take you to McDonalds then Riding Buss twice a Kid talks about feeding people to pigs with a Private Jail Security Guard says she's off Duty so Adam told Maui Mall Security Guards cause Jaill Security Guard to say the Pig farmer was her brother

Adam Strege build Best Buy Corporate Office then Raquel and David Johnson work there Until David Johnson Job taken over by Husband Sandra Morgan daughter was last Person to see Paul Antonich alive then Opus Employe Adam Cousin Torry Strege Install Best Buy Founder and Opus Donate a Billion Dollars to Saint Thomas University (1) JFK Founder Work Comp (2) Supreme Court Justice Died heart attack (3) Adam install cabinets Saint Thomas Teachers had Senator Paul Wellstone Buttons after Adam Remodel 506 Summit Ave House Gary Bowman underwrote Hospital Bowman's Children worked with Wellstone then became Afghanistan Ambassador Bowman married Swiss banker and brother

ran DC Fed Gov Oversight Adam Build the Town House 3 Sides of Burrow Criminal Apprehension then Walmart Pharmacy by the Apple Valley MN Courthouse with the Carpenter that Build the Apple Valley Court house Jail his son was in then Adam builds the Pine City MN Court House allegedly the Blueprint was revised 30 million dollars cheaper, and nobody bid, Didn't Core Poor Block Walls Jaill cell the Ceiling Stucco Crack, Dry Wall Shims Elevated Judges Doors, Semi Truck Load Wrong Coller Brick all Replaced after Finished Court House land sold by Court House excavator lived across Farms 2 McDonalds  Janitors sold Adam his 20 acers the Mcdonnold janitors had Rifles and Handguns on Adam property the Sheriff show up and saw their Guns on Adam land and did nothing. Adam by himself Did 99% Sheet Rock 3 Court Rooms the Soffit add 4000 Pounds per truss, and they did not add an extra truss all carpenters think the Court Room Ceiling would Fall Down approve by 3Di rebuild 911 Pentagon.

Carpenters go to Strip Club almost every day and Build the Roof Mechanical Room above there above ceiling 10 Feet not used space in Commercial Building Dry Wall Green Board elevator Shafts Kidnaping People in Elevator Carpenter Paul was an explosive expert that owned the Grantsburg Wisconsin Paint Ball Gun and his Son went to Religion School Hill Song Australia. Outside the Court Room the Drop Ceiling felt missing director Custom Drywall owned Ranch beside Ranch founder Cabela's Sports Store builder Custom Drywall Build the Cabela employee

EX Faribault Police Chief shoot BB guns Red Squirrels and BB break Window Adam Strege House

Actual Injury moving to new country's Eight Years and its never safe to go outside the rest of my life The Police and FBI are 100% untruthful about everything arresting people for doing 100% nothing wrong  because the Judges deny 100% everything with Public Defender 100% refuse al Contact and Public Defender 100% only maliciously Prosecute People then Reopen the Work Comp Case the Work Comp Court treat disabled people 100% unfairly and  100% never consider the Evidence and write the evidence insufficient with zero explanation

 Adam Strege    **517** E **Las Cruces Ave** APT 1   Las Cruces, NM 88001

10/25/2025   *Adam Strege*

100% only contact Adam by email adam458728@gmail.com